JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO GARCIA GONZALEZ, | ) | CASE NO. CV 08-04435 MMM (SHSx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CALIFORNIA STATE UNIVERSITY, LOS ANGELES, | ) | |
| Defendant. | ) | |

On August 4, 2008, defendant California State University Los Angeles filed a motion to dismiss plaintiff's complaint for failure to state a claim pursuant to Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure. The court determined that the matter was suitable for decision without argument pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, and vacated the hearing date. Having carefully considered both parties' arguments,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff Antonio Garcia Gonzalez takes nothing by way of his complaint against defendant California State University Los Angeles; and

2. That the action be, and it hereby is, dismissed.

DATED: September 29, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2